JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND HERDER,<br>Petitioner<br>v.<br>CYNTHIA ENTZEL,<br>Respondent. | Case No. CV 17-9014-CJC (GJS)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED THAT this action is dismissed for lack of jurisdiction.

DATE: February 6, 2018

_____
CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE